**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-8009**

_____

CHAUNCEY DEMETRIUS BENNETT,

        Plaintiff – Appellant,

    v.

KATHLEEN GREEN, Warden; DOUGLAS MATTHEWS, Captain;
STEPHEN T. MOYER, Secretary; RICHARD GRAHAM, JR., Warden -
W.C.I.; WAYNE WEBB, Commissioner; LARRY HOGAN, Governor,

        Defendants - Appellees.

_____

Appeal from the United States District Court for the District of
Maryland, at Baltimore. James K. Bredar, District Judge.
(1:15-cv-03748-JKB)

_____

Submitted: April 19, 2016      Decided: April 29, 2016

_____

Before DUNCAN, KEENAN, and WYNN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Chauncey Demetrius Bennett, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Chauncey Demetrius Bennett appeals the district court's order dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915(e)(2) (2012) for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bennett v. Green, No. 1:15-cv-03748-JKB (D. Md. Dec. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED